UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
DKRW WIND HOLDINGS, LLC,
                            Plaintiff,           :
                                                 :
                                                 :          13 Civ. 4072 (PAE)
            -v-                                   :
                                                 :            ORDER
TRANSCANADA ENERGY LTD,                           :
                                                 :
                            Defendant.            :
                                                 :
-------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    On November 19, 2013, the parties submitted a joint letter requesting that the Court

dismiss this case for lack of subject matter jurisdiction. Dkt. 37. While plaintiff's Complaint

originally invoked the Court's diversity jurisdiction, newly discovered facts reveal that both

plaintiff and defendant have foreign members, thus destroying diversity of citizenship between

the parties.

    Accordingly, the request to dismiss is granted. The Clerk of Court is respectfully

directed to close this case.


    SO ORDERED.

                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge


Dated: November 19, 2013
       New York, New York